IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES EDWARD BROWN,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-0599-CG-M |
| **ATMORE CITY POLICE DEPARTMENT, et al.,** | : | |
| | : | |
| Defendants. | | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that that this action be and is hereby **DISMISSED** in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) with the claim for release being dismissed with prejudice as frivolous, the claim against Defendant Jordan being dismissed with prejudice as frivolous, the claim against Defendant Hartley being dismissed with prejudice for failure to state a claim upon which relief can be granted, and the claim against Defendant Paige being dismissed without prejudice for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this the 23rd day of September, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE